UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES LEWIS and
HENRY LEWIS,

    Plaintiffs,                                          Case No. 06-10528

v.

                                                    Hon. John Corbett O'Meara

JOHN FOOTE,

    Defendant,

_____/

**ORDER GRANTING MOTION FOR RECONSIDERATION
AND VACATING ORDER OF PARTIAL DISMISSAL**

On February 7, 2006, Plaintiffs filed a two-count complaint alleging violations of the Fair Housing Act and the Michigan Persons with Disabilities Civil Rights Act.  The court declined to exercise supplemental jurisdiction over Plaintiffs' state claim to avoid jury confusion.  The court entered an order of partial dismissal on February 24, 2006.  Plaintiffs withdrew their jury demand and filed a motion for reconsideration on March 3, 2006.  Plaintiffs request that the court reconsider its dismissal of their state claim.

In light of Plaintiffs' withdrawal of their jury demand, the potential for jury confusion no longer exists.  Accordingly, the court will exercise supplemental jurisdiction over Plaintiffs' state claim.

IT IS HEREBY ORDERED that Plaintiffs' March 3, 2006 motion for reconsideration is GRANTED.

IT IS FURTHER ORDERED that the court's February 24, 2006 Order of Partial

Dismissal is VACATED.

                                          s/John Corbett O'Meara
                                          John Corbett O'Meara
                                          United States District Judge

Dated:  April 18, 2006